**Opinion issued April 11, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-01011-CV

_____

**EDUARDO NONOALSI BRAVO, Appellant**

**V.**

**PARKHOLLOW PLACE PROPERTY OWNERS ASSOCIATION, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-51356**

---

## MEMORANDUM OPINION

Appellant, Eduardo Nonoalsi Bravo, proceeding pro se, has neither paid nor made arrangements to pay the required fee for preparing the clerk's record and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 20.1, 37.3(b). After being notified by the Clerk of this Court's February 15, 2019 notice

that this appeal was subject to dismissal for failure to pay the required clerk's record fee, appellant failed to timely respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution for failure to pay the required clerk's record fee. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.